UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 09 cv 7429 |
| v. | Honorable Blanche M. Manning |
| CANOPY FINANCIAL, INC., and JEREMY J. BLACKBURN, | Magistrate Judge Maria Valdez |
| Defendants. | |

## UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST JEREMY J. BLACKBURN

Plaintiff, the Securities and Exchange Commission ("SEC"), pursuant to Federal Rule of Civil Procedure 7(b)(1), files this unopposed motion for entry of a Final Judgment against defendant Jeremy J. Blackburn ("Blackburn"). In support of its motion the SEC states the following:

1. On November 30, 2009, the SEC commenced this action and the Court granted a temporary restraining order against Blackburn and entered an order freezing Blackburn's assets. (Docket ## 6, 7).

2. On December 8, 2009, the Court entered, by consent, a preliminary injunction against Blackburn. (Docket #16).

3. Blackburn has now offered to consent to the entry of a Final Judgment. The Consent to Final Judgment is attached to this motion as Exhibit 1 and the proposed Final Judgment is attached as Exhibit 2.

4. Defendant Blackburn has executed the attached Final Judgment and Counsel for Defendant Blackburn reviewed this motion before filing. Defendant Blackburn does not oppose the entry of the proposed Final Judgment.

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

/s/ Amy S. Cotter
By: One of its Attorneys

Amy S. Cotter (IL Bar No. 6238157)
Steven C. Seeger (IL Bar No. 6243849)
Attorneys for Plaintiff
**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION**
175 W. Jackson Blvd.
Suite 900
Chicago, Illinois 60604
Tel: (312) 886-8501
cottera@sec.gov

Dated: March 18, 2011